## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DARYL HOUSTON and
JOSE SERRANO,

     Plaintiffs,

v.                                 No. 25-cv-1080 SCY/KK

SPEEDWAY, LLC and JOHN DOE
SECURITY GUARD,

     Defendants.

## ORDER DENYING WITHOUT PREJUDICE
## MOTION TO WITHDRAW

This matter comes before the Court on the Motion to Withdraw as Counsel, filed June 10, 2026. Doc. 36. Counsel for Plaintiffs, Anthony Spratley and Adam Oakey, seek to withdraw as attorneys for just one Plaintiff, Jose Serrano. *Id.* The motion notes that it is unopposed by Defendant. *Id.* at 2. The Court, however, finds that the motion contains several deficiencies and so denies it without prejudice.

First, the motion does not state whether Plaintiff Serrano consents to or opposes withdraw. If Mr. Serrano consents to withdrawal, the motion must include a notice of substitution of counsel or "a statement of the client's intention to appear pro se and the client's address and telephone number."[1] D.N.M. LR-Civ. 83.8(a). Although the motion indicates that the attorneys advised Mr. Serrano of their intent to withdraw and of his obligation to retain new counsel or proceed pro se, the motion does not include a statement of Mr. Serrano's choice.

If the motion to withdraw is contested by Mr. Serrano,

> The attorney must file and serve on all parties, including the client, a motion to withdraw. The attorney must give notice in the motion that objections must be

---

[1] Here, counsel did not provide Mr. Serrano's address, explaining that he is unhoused. Doc. 36 at 1-2. They did, however, provide his last known phone number and email address. *Id.* at 2.

served and filed within fourteen (14) days from date of service of the motion and
that failure to object within this time constitutes consent to grant the motion.

D.N.M. LR-Civ. 83.8(b). Here, the motion to withdraw fails to include the notice regarding

objections. Additionally, there is no indication counsel served the motion on their client. *See*

Doc. 36 at 3 (certificate of service, indicating only service on counsel through the Court's

CM/ECF system).

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Counsel (Doc. 36) is

DENIED WITHOUT PREJUDICE.

HONORABLE STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE